ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 9 2000

NANCY DOHERTY, CLERK

By_____
Deputy

UNITED STATES OF AMERICA,      *
                               *
                Plaintiff,     *
                               *
        vs.                    *    CIVIL NO.
                               *
JEREMIE V. DAVIS,              *    **300CV0308-L**
                               *
                Defendant.     *

C O M P L A I N T

COMES NOW the Plaintiff and for its cause of action against the Defendant:

JEREMIE V. DAVIS,

alleges and states:

1.    This Court has jurisdiction over the subject matter of this action by virtue of 28 U.S.C. § 1345 and 28 U.S.C. § 3001 et seq.

2.    The Defendant's address, last known to Plaintiff, is

   1410 W. Shore Drive
   Richardson, TX 75080
   County of Dallas.

Venue is in this District by reason of 28 U.S.C. § 1391.

3.    Said indebtedness arises from the Defendant's execution of the promissory note attached hereto and marked as Exhibit "A", and the Defendant's default on said promissory note. Plaintiff is the present holder and/or owner of said Exhibit "A", and by reason of such default, the Defendant is indebted to

Plaintiff in the total amount of $4,351.97. See attached Certificate of Indebtedness identified and attached hereto as Exhibit "B". As of the date of said Certificate of Indebtedness, the Plaintiff avers that the sum of $0.00 has been paid to the United States Attorney's Office for the Northern District of Texas.

WHEREFORE, the Plaintiff prays:

That judgment be granted against the Defendant as set out in paragraph 3 above, plus pre-judgment interest thereafter at the rate set forth therein until date of judgment, and additional interest at the legal rate per annum and compounded annually from the date of judgment until paid; plus costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PAUL E. COGGINS
UNITED STATES ATTORNEY

T. J. JOHNSON
Assistant United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
State Bar No: 10794175
Telephone:  (214) 659-8715
FAX: (214) 767-2916