

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,               §
                        Plaintiff,       §
                                         §
v.                                       §      Civil Action No. 3:00-CV-0308-L
                                         §
JEREMIE V. DAVIS,                        §
                        Defendant.       §

**ORDER**

The court is in receipt of a letter dated April 21, 2000 from T.J. Johnson, counsel for the

Government.  In that letter Ms. Johnson requests the court to enter default judgment against

Defendant Jeremie V. Davis ("Defendant").   In support of this request, Ms. Johnson states that 1)

the Complaint in this action was filed on February 9, 2000; 2) a Waiver of Service of Summons was

signed by Defendant on February 29, 2000 and filed with the court on March 14, 2000; and 3) no

answer has been made by the defaulting Defendant.  For the reasons that follow, the court determines

that the Government's request should be denied.

The court is in receipt of a letter from Defendant dated April 10, 2000.  Defendant states that

the letter is his formal response to the Government's Complaint in this action.  While Defendant

should have filed a pleading pursuant to Rule 8 of the Federal Rules of Civil Procedure, or other

responsive pleading, the court appreciates Defendant's status as a *pro se* litigant in this action.  To

enter default judgment against Defendant, when he has attempted to respond to the Government's

Complaint, would be harsh and unfair.  Therefore, the Government's request for entry of default

judgment is **denied** without prejudice.

Order - Page 1

5

Although the court has denied the Government's request for default judgment, Defendant is not excused from filing a proper pleading in this action. Accordingly, Defendant shall have until August 21, 2000 to file a proper answer to the Government's Complaint, or other responsive pleading. If Defendant fails to file a proper answer by this date, the court will enter default against Defendant as requested by the Government.

**It is so ordered** this 20th day of July, 2000.

Sam A. Lindsay
United States District Judge

**Order - Page 2**