

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 3 0 2000

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:00-CV-0308-L |
| | § | |
| JEREMIE V. DAVIS, | § | |
| Defendant. | § | |

## ORDER

By letter dated April 21, 2000, counsel for the Government requested that the court enter default judgment against Defendant Jeremie V. Davis ("Defendant") in the amount of $4,454.03. On July 20, 2000, the court issued an order denying without prejudice the Government's request, and instructed Defendant to file a proper answer, or other responsive pleading, in this action by August 21, 2000. The court further stated that if Defendant failed to file a proper answer by August 21, 2000, it would enter default judgment against him as requested by the Government.

As of the date of this order, Defendant has not filed an answer, or other responsive pleading in this case. The court, therefore, finds that Defendant is in default, and hereby **grants** the Government's request for default judgment. Accordingly, it is **ordered** that Plaintiff United States of America have judgment against Defendant Jeremie V. Davis for the sum of $4,454.03, together with interest thereon from the date of judgment at the rate of 6.375 % per annum to be compounded annually until paid, and that all costs of suit be taxed against Defendant. Judgment in this action will be entered by separate document.

Order - Page 1



ENTERED ON DOCKET

AUG 3 1 2000

U.S. DISTRICT CLERK'S OFFICE

**It is so ordered** this **30th** day of August, 2000.

Sam A. Lindsay
United States District Judge