ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**AUG 3 0 2000**

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| JEREMIE V. DAVIS | § |
| | § |
| Defendant. | § |

CIVIL NO. 3:00-CV-0308-L

## DEFAULT JUDGMENT

This default judgment is entered pursuant to Miscellaneous Order No. 25 of United States District Court for the Northern District of Texas and the facts set forth in the United States' letter of request for default, dated April 21, 2000. It is therefore ORDERED, ADJUDGED and DECREED that the United States have judgment against Defendant for the sum of $4,454.03, together with interest thereon from date of this judgment at the rate of _6.375_% per annum to be compounded annually until paid, and all costs of suit, for all of which Plaintiff may have its execution.

**It is so ordered this** _30th_ **day of** _August_ **,** **2000.**

_Sam G. Lindsay_
Sam A. Lindsay
United States District Judge

ENTERED ON DOCKET

**AUG 3 1 2000**

U S DISTRICT CLERK'S OFFICE