**OFFICERS RETURN OF SERVICE**

COUNTY: DALLAS DIV.      CASE # 3:00CV0308L    COURT

                                      Clt. Ref. # F2261-BEAMON Clt.#   1541

UNITED STATES OF AMERICA

**ORIGINAL**

 VS

JEREMIE V. DAVIS

The documents came to our hand for service on 05/06/02  Time: 09:00:00

Documents received for service:

**SUBPOENA**

The documents were delivered on **05/23/02**  **Time: 21:15:00**

Executed at: 1410 W. Shore Dr.
              Richardson, TX 75080

to the following: **Davis, Jeremie V.**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
CLERK, U.S. DISTRICT COURT
By _____
            Deputy

✓ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entryway at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdiction and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 48.-

Witness Fee Tendered: _____

STATE OF TEXAS}

Kyon R Morgan
Professional Civil Process Tarrant Co.
340 Blue Mound Rd., Suite 344
Fort Worth, Texas 76131

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct.  Given my hand and seal of office this 28 day of May 2002.

NOTARY PUBLIC SIGNATURE

SHERRY L. ROBERSON
Notary Public
State of Texas
My Comm. Exp. 11-12-200__

Issued by the

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
                V.

**SUBPOENA IN A CIVIL CASE**

Jeremie V Davis

Case        3:00CV0308-L

TO:    Jeremie V Davis
       1410 West Shore Drive
       Richardson, TX 75080-4023

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

**ITEMS LISTED ON ATTACHED "EXHIBIT A"**
**COMPLETED FINANCIAL STATEMENT**

| PLACE | DATE AND TIME |
|---|---|
| **UNITED STATES ATTORNEY'S OFFICE**<br>801 Cherry St., Suite 1700, Fort Worth, Texas   76102 | 2:30pm; July 9, 2002 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date specified below:

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR | DATE |
|---|---|
| Richard B. Vance<br>Assistant United States Attorney | May 3, 2002 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Burnett Plaza, Suite 1700
801 Cherry St., Unit 4
Fort Worth, Texas  76102

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.