

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN  DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:00-CV-0308-L |
| | § | |
| JEREMIE V. DAVIS, | § | |
| | § | |
| | § | |
| | § | |
| Respondent, | § | |

## SATISFACTION OF JUDGMENT

COMES NOW the United States of America and files this Satisfaction of

Judgment, as to Jeremie V. Davis, only.  A copy of the Release of Judgment Lien is

attached hereto as Exhibit "A".

Respectfully submitted,

JANE J. BOYLE
UNITED STATES ATTORNEY


Richard B. Vance
Assistant United States Attorney
Texas State Bar No. 20477000
801 Cherry St., Ste 1700
Fort Worth, Texas  76102
Tel:  817.252.5200
Fax: 817.978.6361

STATE OF TEXAS                                    RELEASE OF JUDGMENT LIEN
COUNTY OF TARRANT

WHEREAS, in the cause of United States of America, v. Jeremie V. Davis, Civil No. 3:00CV0308-L, in the United States District Court for the Northern District of Texas, Dallas Division, a judgment dated August 31, 2000, was rendered in favor of the United States of America, and against said Jeremie V. Davis for the sum of $4,454.03, together with interest thereon from the date of judgment until paid at the rate of 6.375% per annum and all costs of suit; and

WHEREAS, abstract of judgment was filed for record in the Abstract of Judgment Records as follows:

Volume 2000193, Pages 08834 and 08835, on October 4, 2000, Dallas County, Texas and

WHEREAS, said Judgment has been fully discharged as to Jeremie V. Davis by **payment in full** to the United States of America, and at the time of such payment, the United States of America was the owner and holder of said judgment and judgment lien;

NOW, THEREFORE, I, the undersigned, Richard B. Vance, Assistant United States Attorney for the Northern District of Texas, acting for and on behalf of the United States of America, in said cause, hereby acknowledge that said judgment has been discharged and satisfied, and hereby release and quitclaim to the said Jeremie V. Davis, and heirs, and assigns all liens arising from the entry of said judgment and the recording of the abstract thereof.

Dated at Fort Worth, Texas, this ___ day of _____ 2003.

_____
Richard B. Vance
Assistant United States Attorney

STATE OF TEXAS
COUNTY OF TARRANT
BEFORE ME, the undersigned authority, on this day personally appeared Richard B. Vance, Assistant United States Attorney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed same for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 7TH day of _February_ , 2003.

_____
Notary Public, State of Texas

Dori Ann Abernathy
My Commission Expires
May 20, 2006

GOVERNMENT
EXHIBIT
A